UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                  Case No. 19-44649-MAR

NADINE JOHNSON,                        Chapter 13

         Debtor(s).                            Honorable Mark A. Randon
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court                  James P. Frego
      US Bankruptcy Court           Frego & Assc. The Bankruptcy Law Offic
      211 W. Fort St.                      23843 Joy Road
      Ste. 2100                            Dearborn Heights, MI 48127
      Detroit, MI 48226

                                           Krispen S Carroll
                                           719 Griswold, Suite 1100
                                           Detroit, MI 48226

    PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Moe Freedman, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                        DANA NESSEL
                                                        Attorney General

                                                        /s/ Moe Freedman
                                                        Moe Freedman (P74224)
                                                        Assistant Attorney General
                                                        Cadillac Place, Ste. 10-200
                                                       3030 W. Grand Blvd.
                                                       Detroit, MI 48202
                                                       Telephone: (313) 456-0140
                                                      E-Mail: FreedmanM1@michigan.gov

Dated: September 20, 2019