IN THE MATTER OF:
    **NADINE JOHNSON**

    DEBTOR.
_____/

CASE NO.: 19-44649
CHAPTER: 13
JUDGE: RANDON

## OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY #7-1

Debtor, by and through Counsel, Frego & Associates, The Bankruptcy Law Office, P.L.C., hereby objects to the proof of claim filed by Michigan Department of Treasury, and states as follows:

1. Debtor filed for Bankruptcy protection on or about March 28, 2019.

2. On or about September 19, 2019, creditor Michigan Department of Treasury (hereafter "creditor") filed a Proof of Claim #7-1 (hereafter "Proof of Claim").

3. The Proof of Claim states that $5419.12 is owed to the creditor for estimated 2018 income taxes. Of the $5914.12, $5338.62 is priority and $80.50 is unsecured.

4. Debtor filed her 2018 income tax return. The amount debtor owes is $699.00, significantly below the current Proof of Claim.

5. Therefore, the Proof of Claim #7-1 shall be modified to reflect a total debt of $699.00.

**WHEREFORE,** Debtor prays this Honorable Court modify the Proof of Claim #7-1 filed by Michigan Department of Treasury; further Debtor requests the Court order other such relief the Court finds just and proper.

Dated: March 4, 2021

/s/ Elizabeth Train
Elizabeth Train (P62549)
Attorney for Debtor
Frego and Associates-The Bankruptcy Law Office, PLC
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
    **NADINE JOHNSON**　　　　　　　　　　　CASE NO.:　19-44649
　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER:　13
    DEBTOR.　　　　　　　　　　　　　　　　　JUDGE:　RANDON
_____/

## **NOTICE OF OBJECTION TO CLAIM**

Debtor has filed an objection to your claim in this bankruptcy case.

**Your rights may be reduced, modified or denied.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to deny or change your claim, then on or before March 31, 2021 , you or your attorney must:

1. File with the court a written response to the objection, explaining your position at:[1]

    United State Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    | Nadine Johnson | James P. Frego | Krispen S. Carroll |
    |---|---|---|
    | 28494 Rosewood | 23843 Joy Rd | Chapter 13 Trustee |
    | Inkster, MI 48141 | Dearborn Heights, MI 48127 | 719 Griswold, Suite 1100 |
    | | | Detroit, MI 48226 |

2. Attend the hearing on the objection, scheduled to be held on **April 7, 2021**, at 10:00 a.m. (or as soon after as counsel can be heard) in Courtroom 1825, United States Courthouse, 211 W. Fort St. Detroit, Mi 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney does not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: March 4, 2021　　　　　　　　　　/s/ Elizabeth Train
　　　　　　　　　　　　　　　　　　　　Elizabeth Train (P62549)
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　Frego and Associates-The Bankruptcy Law Office, PLC
　　　　　　　　　　　　　　　　　　　　23843 Joy Road
　　　　　　　　　　　　　　　　　　　　Dearborn Heights, MI 48127
　　　　　　　　　　　　　　　　　　　　(313) 724-5088
　　　　　　　　　　　　　　　　　　　　fregolaw@aol.com

---

[1] *Response or answer must comply with F.R.Civ. P. 8(b), (c) and (e).*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
    **NADINE JOHNSON**  CASE NO.: 19-44649
 CHAPTER: 13
    DEBTOR. JUDGE: RANDON
_____/

## ORDER GRANTING OBJECTION TO PROOF OF CLAIM
## OF MICHIGAN DEPARTMENT OF TREASURY, #7-1

    This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the court having heard the matter in open court and for the reasons stated on the record:

**NOW THEREFORE, IT IS HEREBY ORDERED:**

    The objection to the Proof of Claim filed by the above-referenced creditor is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

**IT IS FURTHER ORDERED** as follows:

1. The Proof of Claim filed by Michigan Department of Treasury (Docket #7-1) is modified as follows: the total debt on the claim is $699.00. The Priority amount shall be $699.00 and the unsecured general amount shall be modified to $0.00.

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit A

***"PROPOSED ORDER"***